1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ROGELIO MAY RUIZ,                        No.  2:19-cv-2350 JAM AC P

12              Plaintiff,

13         v.                                  ORDER

14    A. HUBBARD, et al.,

15              Defendants.

16

17         Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18    under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19    28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20         On September 9, 2020, the undersigned adopted findings and recommendations which

21    recommended that plaintiff be denied leave to proceed in forma pauperis and be directed to pay

22    the $400.00 filing fee.  ECF No. 12.  Plaintiff now seeks reconsideration of that order.  ECF No.

23    13.  Local Rule 230(j) requires that a motion for reconsideration state "what new or different facts

24    or circumstances are claimed to exist which did not exist or were not shown upon such prior

25    motion, or what other grounds exist for the motion; and . . . why the facts or circumstances were

26    not shown at the time of the prior motion."  L.R. 230(j)(3)-(4).  Plaintiff's motion for

27    reconsideration merely repeats the same arguments from his objections to the findings and

28    recommendations, which have already been considered by the court.

1         Accordingly, IT IS HEREBY ORDERED that:

2         1.   Plaintiff's motion for reconsideration of the undersigned's September 9, 2020 order

3 (ECF No. 13) is denied.

4         2.   Within thirty days of the filing of this order, plaintiff shall pay the $400.00 filing fee

5 or face dismissal of this action without prejudice.

6

7

8 DATED:  January 25, 2021               /s/ John A. Mendez

                                                  THE HONORABLE JOHN A. MENDEZ

9                                                   UNITED STATES DISTRICT COURT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28