UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO MAY RUIZ,<br><br>              Plaintiff,<br><br>       v.<br><br>A. HUBBARD, et al.,<br><br>              Defendants. | No.  2:19-cv-2350 JAM AC P<br><br><br><br>ORDER |

     Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

     On September 9, 2020, the undersigned adopted findings and recommendations which recommended that plaintiff be denied leave to proceed in forma pauperis and be directed to pay the $400.00 filing fee.  ECF No. 12.  Plaintiff then proceeded to seek reconsideration of that order, ECF No. 13, which was denied, ECF No. 15.  Plaintiff has now filed another motion for reconsideration of the denial of leave to proceed in forma paupers that is almost entirely in Spanish.  ECF No. 16.  In order to be considered, filings must be in English.  Furthermore, Local Rule 230(j) requires that a motion for reconsideration state "what new or different facts or circumstances are claimed to exist which did not exist or were not shown upon such prior motion, or what other grounds exist for the motion; and . . . why the facts or circumstances were not

1  shown at the time of the prior motion." L.R. 230(j)(3)-(4). The portion of plaintiff's motion for
2  reconsideration that is in English does not contain any new facts or circumstances and.
3       Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for reconsideration of the
4  undersigned's September 9, 2020 order, ECF No. 16, is denied.

DATED: March 19, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

2