UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ROGELIO MAY RUIZ, | No. 2:19-cv-2350 JAM AC P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| A. HUBBARD, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a motion for appointment of counsel to act as an interpreter. ECF No. 23.

Plaintiff has once again requested the appointment of counsel. The motion will be denied because this case has been dismissed, and any further requests for counsel will be disregarded.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for appointment of counsel, ECF No. 23, is DENIED. Any further requests will be disregarded.

DATED: April 6, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE